**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Terry SHAY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 31, 1999.

Decided Sept. 23, 1999.

Ray F. Gricar, Dist. Atty., J. Karen Arnold, Bellefonte, for Com.

Joseph M. Devecka, State College, for Terry Shay.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Centre County Court of Common Pleas dated February 16, 1999. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.